FILED

07/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0112

| | |
|---|---|
| WATER FOR FLATHEAD'S FUTURE Inc., AMY WALLER, STEVEN MOORE, and CYNTHIA EDSTROM, *Plaintiffs/Appellees,* <br><br> MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, an agency of the State of Montana, <br><br> *Defendant/Appellant* <br> and <br> MONTANA ARTESIAN WATER COMPANY, <br><br> *Intervenor Defendant/Appellant* | **ORDER GRANTING EXTENSION OF TIME** |

Upon motion of counsel, the Plaintiffs/Appellee is granted until and including September 9th, 2022 to file their Response Brief in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2022